450 A.2d 203

Commonwealth v. Abbott, Appellant.

Submitted June 21, 1982.   David N. Rosen, for appellant;  Kenneth S. Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Alfred J. DiBona, Jr. is affirmed.